

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00657-CV

**In re** Mary Melinda **PALACIO**, a.k.a., Melinda Palacio

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice

Relator's petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will follow at a later date.

It is so **ORDERED** on January 19, 2018.

**PER CURIAM**

ATTESTED BY: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1]This proceeding arises out of Cause No. 2016PC2950, styled *In the Estate of Lucio A. Palacio, Deceased*, pending in the Probate Court No 2, Bexar County, Texas, the Honorable Tom Rickhoff presiding.